UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN ESPINOZA, et al., <br><br> Defendants. | Case No. 14-cv-03948-HSG <br><br> **ORDER SETTING DEADLINES** <br> Re: Dkt. Nos. 24, 27 |

On February 5, 2015 Plaintiff J & J Sports Productions, Inc. filed a Motion to Strike Defendants' Answer (in Part) and Affirmative Defenses and noticed a hearing date of March 26, 2015. *See* Dkt. No. 24. On February 13, 2015, this action was reassigned to the undersigned and the March 26, 2015 hearing date was vacated in accordance with the Court's rescheduling order. On March 17, 2015, Plaintiff re-noticed the hearing date for its Motion to Strike for May 21, 2015. *See* Dkt. No. 27. This Court **ORDERS** the Defendants to respond to Plaintiff's motion no later than April 30, 2015. The deadline for Plaintiff to file a reply is May 7, 2015.

Defendants are advised that the Legal Help Center at both the San Francisco and Oakland Federal Courthouses provides free information and limited-scope legal advice to pro se litigants in civil cases. Services are provided by appointment only. An appointment may be scheduled by either: (1) signing up in the appointment book located outside the door of the Legal Help Center in San Francisco or Oakland; (2) calling (415)782-8982.

**IT IS SO ORDERED.**

Dated: March 18, 2015

_____
Haywood S. Gilliam, Jr.
United States District Judge