Kourosh M. Pourmorady, Esq.
State Bar No. 195858
LAW OFFICES OF KOUROSH M. POURMORADY
6404 Wilshire Boulevard #1001
Los Angeles, CA 90048
Tel: (323) 782-8374
Fax: (323) 782-1359

Attorney for Defendant,

UNITED STATE DISTRICT COURT
NORTHERN DISTRICTY OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS INC. | ) Case No.: 3:14-CV-03948-HSG |
| | ) |
| Plaintiff, | ) ORDER |
| | ) |
| Vs. | ) |
| | ) |
| MARTIN ESPINOZA, individually and d/b/a HAYWARD AUTO CENTER; and HAYWARD AUTO CENTER, INC., an unknown business entity d/b/a HAYWARD AUTO CENTER, | ) |
| Defendants | |

**ORDER**

It is hereby ordered that Kourosh Pourmorady, Defendant's counsel in civil action number 3:14-cv-03948-HSG styled *J & J Sports Productions, Inc. v. Espinoza, et al.*, is hereby granted permission to appear telephonically at the Case Management Conference scheduled for Tuesday, August 18, 2015 at 2:00 P.M.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED**:

_____         Dated: August 12, 2015
**THE HONORABLE HAYWOOD S. GILLIAM, JR.**
**United States District Court**
**Northern District of California**