UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN ESPINOZA, et al.,<br><br>　　　　　Defendants. | Case No.  14-cv-03948-HSG<br><br>**CORRECTED ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

　　　　Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Elizabeth D. Laporte for a settlement conference.  The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Laporte.

**IT IS SO ORDERED.**

Dated:  August 18, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge